**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

```
GEORGE MCLEAN,                   :    Civ. Action No. 05-5957(NLH)
                                 :
        Plaintiff,               :
                                 :
    v.                           :    ORDER
                                 :
OLD DOMINION                     :
FREIGHT LINE, INC.,              :
                                 :
        Defendant.               :
```

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 22nd day of June 2007 that Defendant's motion for summary judgment [10] is **GRANTED**.


                                        s/ Noel L. Hillman
At Camden, New Jersey                   NOEL L. HILLMAN, U.S.D.J.